UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

-against-

JEFFREY BOLDEN,

           Defendant.

------------------------------------x

ORDER

13 Cr. 445 (GBD)

GEORGE B. DANIELS, United States District Judge:

A violation of supervised release hearing is scheduled for July 21, 2021 at 10:30 a.m.

Dated: July 9, 2021
      New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE