**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x

UNITED STATES OF AMERICA,

-against-

JEFFREY BOLDEN,

                        Defendant.

------------------------------------------x

ORDER

13 Crim. 445 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for November 17, 2021 is adjourned to December 1, 2021 at 9:30 a.m.

Dated: New York, New York
       November __, 2021

SO ORDERED.

_/s/ George B. Daniels_
GEORGE B. DANIELS
United States District Judge