# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 23, 2021

*By ECF*

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**

The conference scheduled for December 1, 2021 is adjourned to December 8, 2021 at 9:30 a.m.

*George B. Daniel* NOV 30 2021
HON. GEORGE B. DANIELS

Re: *United States v. Jeffrey Bolden*, 13 Cr. 445 (GBD)

Dear Judge Daniels:

I write with respect to the VOSR proceedings in the above-captioned case currently scheduled for December 1, 2021 at 9:30 a.m. Dkt. No. 29. Without objection from the Government, I respectfully request that the Court adjourn the conference to December 6 or December 7, 2021 (or to another date the week of December 6, 2021 most convenient for the Court). Both Mr. Gombiner and I will be out of town on December 1, 2021 and require this brief adjournment as a result.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Mark B. Gombiner, Esq.
Assistant Federal Defender

cc: Andrew Caldwell Adams, Esq., by ECF