# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 7, 2021

*By E-Mail & ECF*

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**

The conference scheduled for December 8, 2021 is adjourned to December 15, 2021 at 9:15 a.m.

[signature] B Daniels

Re: *United States v. Jeffrey Bolden*, 13 Cr. 445 (GBD)

Dear Judge Daniels:

I write with respect to the VOSR proceedings in the above-captioned case currently scheduled for tomorrow, December 8, 2021 at 9:30 a.m. The parties have recently learned that Mr. Bolden is currently convalescing from a COVID-19 infection and is still experiencing symptoms. Due to public health concerns and Mr. Bolden's likely inability to even enter the courthouse due to the current COVID-related protocols in place, the defense respectfully requests a 10-day adjournment of the conference. The Government does not object to this request.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Mark B. Gombiner, Esq.
Assistant Federal Defender

cc: Andrew Caldwell Adams, Esq., by ECF