**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-

JEFFREY BOLDEN,

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FEB 0 9 2022

ORDER

13 Crim. 445 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's supervised release is hereby revoked and a bench warrant is issued for his arrest.

Dated: New York, New York
       February 9, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge