UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

    -against-                          ORDER

JEFFREY BOLDEN,                  13 Crim. 445 (GBD)

                  Defendant.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is directed to close the open motion at ECF No. 24 as having been resolved at a prior conference.

Dated: May 17, 2022
       New York, New York

                                      SO ORDERED.

                                      */s/ George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge